**Dismissed and Opinion Filed January 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01433-CV

### PR OWNERS ASSOCIATION, INC. D/B/A PR2 HOMEOWNERS ASSOCIATION, Appellant
### V.
### CITY HOUSE, INC., Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-03251-2014**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

The Court has before it appellant's unopposed motion to dismiss the appeal. Appellant

states the parties have settled the lawsuit and appellant no longer desires to appeal. We grant the

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

/Carolyn Wright/

141433F.P05

CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

PR OWNERS ASSOCIATION, INC. D/B/A
PR2 HOMEOWNERS ASSOCIATION,
Appellant

No. 05-14-01433-CV     V.

CITY HOUSE, INC., Appellee

On Appeal from the 429th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 429-03251-2014.
Opinion delivered by Chief Justice Wright,
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that each party bear its own costs of this appeal.

Judgment entered January 2, 2015.